Law Office of Ember S. Tilton
217 W 14th Ave, Unit 2
Anchorage, AK 99501
(907) 274-0939 - phone
(907) 274-0949 - fax
ember@tiltonlaw.us

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA PRETRIAL DETAINEES FOR THE END OF UNWARRANTED COURTROOM SHACKLING; JASON McANULTY; TOBY SPECE;<br><br>                  Plaintiffs,<br><br>   v.<br><br>ALASKA COURT SYSTEM ADMIN. DIRECTOR CHRISTINE JOHNSON; ALASKA DEPT. OF PUB. SAFETY COMM'R WALT MONEGAN;<br><br>                  Defendants. | Docket No.: 3:17-cv-00226-SLG |

## **STATUS REPORT**

Plaintiff submits that the Court does not have good cause to retain supplemental jurisdiction over the remaining state law tort claim and therefore it should be dismissed without prejudice so that Plaintiffs may refile in state court.

DATED this day January 4, 2019, at Anchorage, Alaska:

                                         Respectfully Submitted;

                                         By: /s Ember S. Tilton
                                               Attorney for Plaintiffs
                                               Ember S. Tilton, *Esq.*
                                               Alaska Bar No. 1605041
                                             Law Office of Ember S. Tilton
                                             217 West 14th Ave, Unit 2
                                             Anchorage, AK 99501
                                             (907) 274-0939 - phone
                                             ember@tiltonlaw.us

STATUS REPORT
Alaska Pretrial Detainees, et al. v. Johnson, et al.

Case 3:17-cv-00226-SLG   Document 66   Filed 01/04/19   Page 1 of 1