KEVIN G. CLARKSON
ATTORNEY GENERAL

Kathryn Vogel
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5100
Facsimile: (907) 276-3697
Email: kathryn.vogel@alaska.gov

*Attorney for Defendant*
*Christine Johnson*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Alaska Pretrial Detainees for End of Unwarranted Courtroom Shackling, Jason McAnulty, Toby Spece )<br><br>Plaintiff, )<br><br>v. )<br><br>Alaska Court System Admin. Director Christine Johnson, Alaska Dept. of Pub. Safety Comm'r Walter Monegan, )<br><br>Defendants. ) | Case No. 3:17-cv-00226-SLG<br><br>**NOTICE OF SUPERSEDING ENTRY OF APPEARANCE** |

Please take notice that Kathryn Vogel, Assistant Attorney General for the State of

Alaska, Department of Law, 1031 West Fourth Avenue, Suite 200, Anchorage, AK

99501, telephone (907) 269-5100, fax (907) 269-3697, E-mail

kathryn.vogel@alaska.gov, hereby enters her appearance as counsel of record for and on

behalf of defendant Christine Johnson. Please remove Ruth Botstein

Dated January 17, 2019.

KEVIN G. CLARKSON
ATTORNEY GENERAL

By:

/s/Kathryn Vogel
Kathryn Vogel (1403013)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5100
Facsimile: (907) 276-3697
Email: kathryn.vogel@alaska.gov

*Attorney for Defendant
Christine Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, copies of the forgoing, NOTICE OF SUPERSEDING ENTRY OF APPEARANCE, were served electronically on the following parties of record pursuant to the Court's electronic filing procedures:

Ember S. Tilton
Law Office of Ember S. Tilton
217 W. 14th Avenue, Unit 2
Anchorage, AK 99501
ember@tiltonlaw.us
*Attorney for Jason McAnulty and Toby Spece*

Tamara DeLucia
Office of Criminal Appeals
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
tamara.delucia@alaska.gov
*Attorney for Walter Monegan*

/s/ Jennifer L. Williams
Jennifer L. Williams
Law Office Assistant I