# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ALASKA PRETRIAL DETAINEES
FOR THE END OF UNWARRANTED
COURTROOM SHACKLING, et al.,
    Plaintiffs,

v.

Case Number 3:17-cv-00226-SLG

CHRISTINE JOHNSON, Alaska
Court System Admin. Director, and
WALT MONEGAN, Alaska Dept. of
Pub. Safety Comm'r,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

 xx  **DECISION BY COURT**.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED.

APPROVED:

*s/Sharon L. Gleason*
SHARON L. GLEASON
United States District Judge

Date: January 23, 2019

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Lesley K. Allen
Lesley K. Allen, Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}